IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROSPECT WATERPROOFING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv00693-RJL |
| ) | |
| CLARK CONCRETE CONTRACTORS, LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE UNDER LOCAL CIVIL RULE 7.1

I, the undersigned, counsel of record for Prospect Waterproofing Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Prospect Waterproofing Company which have any outstanding securities in the hands of the public.

THERE ARE NONE.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Prospect Waterproofing Company.

_____

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:   (804) 346-0600
Facsimile:    (804) 346-5954

OF COUNSEL:

Charles Y. Sipe, Esquire (not admitted in D.C.)
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, Virginia 22903
Telephone:   (434) 817-2180
Facsimile:    (434) 817-2199
Counsel for Plaintiff


CLAUSEN MILLER P.C.
Robert A. Stern, Esq. (not admitted on D.C.)
Virginia M. De Luca (not admitted in D.C.)
One Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 805-3900
Facsimile:    (212) 805-3939