AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PROSPECT WATERPROOFING COMPANY

**SUMMONS IN A CIVIL CASE**

V.

CLARK CONCRETE CONTRACTORS, LLC

CASE NUMBER 1:06CV00693

CASE N JUDGE: Richard J. Leon

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 04/17/2006

TO: (Name and address of Defendant)

Clark Concrete Contractors, LLC
C/O The Corporation Trust Incorporated
300 E. Lombard Street
Baltimore, MD 21202

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles M. Allen, Esquire
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         APR 17 2006
CLERK                              DATE

_Maureen Heggins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/1/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Samuel Cummings | Private Process Server |

*Check one box below to indicate appropriate method of service*

    [X] Served personally upon the defendant. Place where served: The Corporation Trust, 300 E. Lombard St. Baltimore, MD 21202

    [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    [ ] Returned unexecuted: _____

    [ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/1/06      *Samuel Cummings* (signature)
            Date             Signature of Server

                           35 N. Montford Avenue, Baltimore, MD 21224
                           Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.