IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROSPECT WATERPROOFING COMPANY,<br>188 Acacia Lane<br>Sterling, Virginia  20166<br><br>               Plaintiff,<br><br>v.<br><br>CLARK CONCRETE CONTRACTORS, LLC,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:06cv693-RJL<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING CORRECTED COMPLAINT**

    Comes Now Plaintiff Prospect Waterproofing Company, by and through its attorney and pursuant to the Minute Order of the Court of May 8, 2006 and files the attached corrected Complaint.

Dated: May 9, 2006

                                                          Respectfully submitted,
                                                          By Counsel

                                                          /s/ Charles M. Allen

                                                          _____

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:    (804) 346-0600
Facsimile:     (804) 346-5954

193898.1