IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROSPECT WATERPROOFING COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case No.: 1:06CV00693 |
| | * Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * |
| | * |
| Defendant | * |

### ANSWER OF DEFENDANT CLARK CONCRETE CONTRACTORS, LLC

COMES NOW the Defendant, Clark Concrete Contractors, LLC ("Clark Concrete") by and through their undersigned attorneys, Jeffrey W. Ochsman, Todd S. Sapiro, and Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC and responds to the allegations in the Complaint herein states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against this Defendant upon which relief can be granted.

### SECOND DEFENSE

In response to separately numbered paragraphs in the Complaint filed herein, the Defendant responds as follows:

1-5.  The allegations set forth in Paragraphs 1 through 5 are jurisdictional allegations, not requiring a response from this Defendant.

6.  The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 6.

7.  The allegations set forth in Paragraph 7 are denied.

8.  The allegations set forth in Paragraph 8 are denied.

9. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 9.

10. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 10.

11. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 11.

12. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 12.

13. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 13.

14. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 14.

15. The allegations set forth in Paragraph 15 are denied.

16. The allegations set forth in Paragraph 16 are denied.

17. The allegations set forth in Paragraph 17 are denied.

18. The allegations set forth in Paragraph 18 are denied.

19. The allegations set forth in Paragraph 19 are denied.

20. The allegations set forth in Paragraph 20 are denied.

21. The allegations set forth in Paragraph 21 are denied.

22. The allegations set forth in Paragraph 22 are denied.

23. The allegations set forth in Paragraph 23 are denied.

24. The allegations set forth in Paragraph 24 are denied.

25. The allegations set forth in Paragraph 25 are denied.

26. The allegations set forth in Paragraph 26 are denied.

27. The allegations set forth in Paragraph 27 are denied.

28. The allegations set forth in Paragraph 28 are denied.

29. The allegations set forth in Paragraph 29 are denied.

30. The allegations set forth in Paragraph 30 are denied.

### THIRD DEFENSE

The plaintiff's claims are barred by the doctrine of contributory negligence.

### FOURTH DEFENSE

The plaintiff's claims are barred by the doctrine of assumption of the risk.

### FIFTH DEFENSE

The plaintiff is not the real party in interest.

### SIXTH DEFENSE

The plaintiff's damages were caused by a person or entity other than this Defendant.

### SEVENTH DEFENSE

The negligent acts or omissions of others may have constituted intervening, superseding acts which caused the damages allegedly sustained by the plaintiff.

### EIGHTH DEFENSE

The plaintiff failed to mitigate its damages.

### NINTH DEFENSE

The plaintiff failed to join a necessary party under Rule 19.

### TENTH DEFENSE

The Defendant denies it was negligent as alleged.

**ELEVENTH DEFENSE**

This Court does not have subject matter jurisdiction over this action.

**TWELFTH DEFENSE**

The plaintiff was not damaged as alleged.

**THIRTEENTH DEFENSE**

This Defendant will rely upon such other affirmative defenses and avoidances as are supported by the evidence.

WHEREFORE, having fully answered, the Defendant, Clark Concrete Contractors, LLC prays that the claim be dismissed upon the merits and that it be awarded costs.

                                                Respectfully submitted,

                                                FRIEDLANDER, MISLER, SLOAN,
                                                KLETZKIN & OCHSMAN, PLLC

                                                _____/ S /_____
                                                Jeffrey W. Ochsman, Esq. (#941849)
                                                Todd S. Sapiro, Esq. (#438455)
                                                1101 17th Street, N.W., Suite 700
                                                Washington, D.C.  20036
                                                Phone: (202) 872-0800; Fax: (202) 857-8343
                                                Attorneys for Defendant,
                                                Clark Concrete Contractors, LLC

## CERTIFICATE OF SERVICE

    I HEREBY certify that a copy of the foregoing Answer of Defendant Clark Concrete Contractors, LLC was mailed, postage pre-paid, this 15th day of May, 2006 to:

>Charles M. Allen, Esq.
>Goodman, Allen & Filetti, PLLC
>4501 Highwoods Parkway, Suite 210
>Glen Allen, VA  23060
>
>Robert A. Stern, Esq.
>Virginia M. DeLuca, Esq.
>Clausen Miller P.C.
>One Chase Manhattan Plaza
>New York, NY  10005

>_____/ S /_____
>Jeffrey W. Ochsman
>Todd S. Sapiro