IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROSPECT WATERPROOFING COMPANY | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No.: 1:06CV00693 |
| | * | Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * | |
| | * | |
| Defendant | * | |

### DEMAND FOR TRIAL BY JURY

Defendant, Clark Concrete Contractors, LLC elects trial by jury on all issues in the above matter.

                                                 Respectfully submitted,

                                                 FRIEDLANDER, MISLER, SLOAN,
                                                 KLETZKIN & OCHSMAN, PLLC


                                                 _____/ S /_____
                                                 Jeffrey W. Ochsman, Esq. (#941849)
                                                 Todd S. Sapiro, Esq. (#438455)
                                                 1101 17th Street, N.W., Suite 700
                                                 Washington, D.C. 20036
                                                 Phone: (202) 872-0800; Fax: (202) 857-8343
                                                 Attorneys for Defendant,
                                                 Clark Concrete Contractors, LLC

## CERTIFICATE OF SERVICE

      I HEREBY certify that a copy of the foregoing Demand for Trial by Jury was mailed, postage pre-paid, this 15th day of May, 2006 to:

>Charles M. Allen, Esq.
>Goodman, Allen & Filetti, PLLC
>4501 Highwoods Parkway, Suite 210
>Glen Allen, VA  23060
>
>Robert A. Stern, Esq.
>Virginia M. DeLuca, Esq.
>Clausen Miller P.C.
>One Chase Manhattan Plaza
>New York, NY  10005

>_____/ S /_____
>Jeffrey W. Ochsman
>Todd S. Sapiro