IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROSPECT WATERPROOFING COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| v. | *  Case No.:  1:06CV00693 |
| | *  Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * |
| | * |
| Defendant | * |

## CERTIFICATE REGARDING DISCOVERY

I hereby certify that on the 15th day of May, 2006, I served on all parties hereto Defendant's First Set of Interrogatories to the Plaintiff and Defendant's First Request for Production of Documents to the Plaintiff and that I will retain the originals of these documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired, and any appeal noted has been decided.

Respectfully submitted,

FRIEDLANDER, MISLER, SLOAN,
KLETZKIN & OCHSMAN, PLLC


_____/ S /_____
Jeffrey W. Ochsman, Esq. (#941849)
Todd S. Sapiro, Esq. (#438455)
1101 17th Street, N.W., Suite 700
Washington, D.C.  20036
Phone: (202) 872-0800; Fax: (202) 857-8343
Attorneys for Defendant,
Clark Concrete Contractors, LLC

## CERTIFICATE OF SERVICE

  I HEREBY certify that a copy of the foregoing Certificate Regarding Discovery was mailed, postage pre-paid, this 15th day of May, 2006 to:

    Charles M. Allen, Esq.
    Goodman, Allen & Filetti, PLLC
    4501 Highwoods Parkway, Suite 210
    Glen Allen, VA  23060

    Robert A. Stern, Esq.
    Virginia M. DeLuca, Esq.
    Clausen Miller P.C.
    One Chase Manhattan Plaza
    New York, NY  10005

      _____/ S /_____
      Jeffrey W. Ochsman
      Todd S. Sapiro