IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROSPECT WATERPROOFING COMPANY    *
                                  *
              Plaintiff           *
                                  *
v.                                *  Case No.:  1:06CV00693
                                  *  Hon. Richard J. Leon
CLARK CONCRETE CONTRACTORS, LLC   *
                                  *
              Defendant           *
*************************************************************************

CLARK CONCRETE CONTRACTORS, LLC   *
                                  *
          Counterclaim Plaintiff  *
                                  *
v.                                *
                                  *
PROSPECT WATERPROOFING COMPANY    *
                                  *
          Counterclaim Defendant  *

## COUNTERCLAIM

COMES NOW the Defendant/Counterclaim Plaintiff, Clark Concrete Contractors, LLC ("Clark Concrete"), by and through their undersigned attorneys, Jeffrey W. Ochsman, Todd S. Sapiro and Friedlander, Misler, Sloan, Kletzkin & Ochsman, PLLC and hereby files this counterclaim against plaintiff/counterclaim defendant, Prospect Waterproofing Company ("Prospect"), and states as follows:

1.      Prospect has filed the above-captioned action seeking repayment of its worker's compensation lien arising out of personal injuries sustained by its employee on or about April 21, 2004.

2.      Clark Concrete denies any and all liability to Prospect, and contends that the alleged damages were caused by the acts and/or omissions of Prospect, its agents, servants or employees, for which Clark Concrete is not legally responsible.

## COUNT I
### (Claim for Indemnity)

3.      Prospect's injured worker failed to exercise due care for his own safety and assumed the risk of his injuries and was otherwise negligent.  Prospect failed to properly train and/or supervise its employee thus leading to this injury.

4.      Clark Concrete demands judgment by way of indemnity and/or contribution arising out of the negligence of Prospect, its agents, servants or employees for all sums, if any, for which Clark Concrete might be adjudged to be liable to the plaintiff, in addition to costs, expenses and attorney's fees paid in connection with the defense of this action.

## COUNT II
### (Breach of Contract)

5.      Prospect entered into a subcontract agreement with the general contractor, Clark Quincy Park, LLC in connection with its waterproofing activities at the project which forms the basis of this law suit.

6.      Pursuant to paragraph 23 of its subcontract with the general contractor, Prospect had the duty to provide and maintain a safe and healthful workplace for its employees, as well as for the benefit of all contractors, fellow workers and the general public.  Prospect further had a duty to notify general contractors of all hazards discovered that it did not control and did not create.

7.      Prospect breached its contract with the general contractor, by failing to provide and maintain a safe and healthful workplace for its employees, contractors, fellow workers and the general public.  Prospect further breached its contract by failing to notify general contractors of all hazards discovered on the work site.

8.    Clark Concrete was an intended third-party beneficiary under Prospect's subcontract with the general contractor.

WHEREFORE, Clark Concrete demands judgment against Prospect for any and all sums which it may be adjudged liable to the plaintiff in addition to costs, expenses, attorney's fees and judgments paid in connection with this action, arising out of Prospect's negligence and breach of contract.

Respectfully submitted,

FRIEDLANDER, MISLER, SLOAN,
KLETZKIN & OCHSMAN, PLLC


_____/ S /_____
Jeffrey W. Ochsman, Esq. (#941849)
Todd S. Sapiro, Esq. (#438455)
1101 17th Street, N.W., Suite 700
Washington, D.C.  20036
Phone: (202) 872-0800; Fax: (202) 857-8343
Attorneys for Defendant/Counterclaim Plaintiff,
Clark Concrete Contractors, LLC

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Counterclaim was mailed, postage pre-paid, this 15th day of May, 2006 to:

> Charles M. Allen, Esq.
> Goodman, Allen & Filetti, PLLC
> 4501 Highwoods Parkway, Suite 210
> Glen Allen, VA  23060
>
> Robert A. Stern, Esq.
> Virginia M. DeLuca, Esq.
> Clausen Miller P.C.
> One Chase Manhattan Plaza
> New York, NY  10005

> _____ / S / _____
> Jeffrey W. Ochsman
> Todd S. Sapiro