**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROSPECT WATERPROOFING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv693-RJL |
| ) | |
| CLARK CONCRETE CONTRACTORS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM**

COMES NOW Plaintiff Prospect Waterproofing Company, by and through its attorneys, and for its reply to defendant Clark Concrete Contractors, LLC's ("Clark") Counterclaim states as follows:

1.   Plaintiff Prospect Waterproofing Company ("Prospect") admits the allegations contained in ¶1 of Defendant's Counterclaim.

2.   Plaintiff Prospect denies the allegations contained in ¶2 of Defendant's Counterclaim.

**Count I**
**(Claim for Indemnity)**

3.   Plaintiff Prospect denies the allegations contained in ¶3 of Defendant's Counterclaim.

4. Plaintiff Prospect denies the allegations contained in ¶4 of Defendant's Counterclaim.

## Count II
### (Breach of Contract)

5. Plaintiff Prospect admits the allegations contained in ¶5 of Defendant's Counterclaim.

6. Plaintiff Prospect admits the existence of an agreement between Prospect and the general contractor, Clark Quincy Park, LLC, but it denies that the allegations in ¶ 6 of Defendant's counterclaim adequately or accurately set forth the duties of Prospect thereunder.

7. Plaintiff Prospect denies the allegations contained in ¶7 of Defendant's Counterclaim.

8. Plaintiff Prospect lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations contained in ¶8 of Defendant's Counterclaim and, therefore, denies the same.

Dated: May 31, 2006

                                        Respectfully submitted,
                                        By Counsel

                                        /s/ Charles M. Allen

                                        _____

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:     (804) 346-0600
Facsimile:      (804) 346-5954

OF COUNSEL:

Charles Y. Sipe, Esquire (not admitted in D.C.)
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, Virginia 22903
Telephone:     (434) 817-2180
Facsimile:       (434) 817-2199
Counsel for Plaintiff

CLAUSEN MILLER P.C.
Robert A. Stern, Esq. (not admitted on D.C.)
Virginia M. De Luca (not admitted in D.C.)
One Chase Manhattan Plaza
New York, New York 10005
Telephone:     (212) 805-3900
Facsimile:       (212) 805-3939