**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

PROSPECT WATERPROOFING COMPANY,   )
                                  )
            Plaintiff,            )
                                  )
v.                                )   Case No. 1:06cv693-RJL
                                  )
CLARK CONCRETE CONTRACTORS, LLC,  )
                                  )
            Defendant.            )
                                  )

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report under Local Rule 16.3, it is this _____ day of _____, 2006, hereby

ORDERED that the following schedule governs this case:

1. Date by which pleadings should be amended and parties added: **September 8, 2006.**

2. Date by which all discovery must be concluded: **February 15, 2007.**

3. Date by which plaintiff's/counterclaim plaintiff's expert witness(es) must be disclosed: **October 1, 2006.**

4. Date by which defendant's/counterclaim defendant/s expert witness(es) must be disclosed: **November 15, 2006.**

5. Date by which plaintiff's/counterclaim plaintiff's rebuttal expert witness(es) must be disclosed: **November 30, 2006.**

6. Date by which summary judgment (or other post-discovery dispositive) motions must be filed: **March 30, 2007.**

7. Date by which oppositions or cross-motions to summary judgment must be filed: **April 20, 2005.**

8.	Date by which replies and oppositions to cross-motions must be filed:   **May 4, 2007.**

                                              _____
                                              United States District Court Judge