**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROSPECT WAFERPROOFING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLARK CONCRETE CONTRACTORS, LLC, )<br>)<br>Defendant. )<br>) | Case No. 1:06cv693-RJL |

**MOTION FOR ADMISSION OF FOREIGN COUNSEL *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), the undersigned counsel hereby move for the admission *pro hac vice* of Virginia M. De Luca for practice before this Court with regard to the above-captioned case. In support thereof, counsel states as follows:

1. Ms. De Luca is an attorney with the law firm Clausen Miller, PC in the firm's New York City offices. The office address is 1 Chase Manhattan Plaza, 39th Floor, New York, NY 10005. The telephone number for the offices is 212-805-3900.

2. Ms. De Luca is a member in good standing of the Bar of the State of New York. She has not been censored, disciplined, suspended or disbarred by any Court or any Bar.

3. Ms. De Luca, by Attachment A to this motion, submits an affidavit complying with Local Rule 83.2 (d).

4. Undersigned counsel is a member in good standing of the Virginia Bar and a member in good standing of the Bar of this Court and sponsors the admission of this attorney.

WHEREFORE, for the reason stated herein, undersigned counsel respectfully moves for admission *pro hac vice* the appearance of Virginia M. De Luca in this matter.

Respectfully submitted,

By Counsel

/s/  Charles M. Allen
_____
Charles M. Allen, Esquire (VSB No. 30183)
(U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:    (804) 346-0600
Facsimile:    (804) 346-5954