IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROSPECT WATERPROOFING COMPANY,  )
                                  )
            Plaintiff,            )
                                  )
v.                                )   Case No. 1:06cv693-RJL
                                  )
CLARK CONCRETE CONTRACTORS, LLC,  )
                                  )
            Defendant.            )
                                  )

### AFFIDAVIT OF VIRGINIA M. DE LUCA

I, Virginia M. De Luca, Esq., being duly sworn according to law, hereby provide the following Affidavit in support of my Application for Admission *Pro Hac Vice* to practice before the United States District Court for the District of Columbia, in connection with the referenced action:

1. I am an associate in the law firm of Clausen Miller, P.C., 1 Chase Manhattan Plaza, 39th Floor, New York, New York 10005, (212) 805-3900.

2. I am a graduate of New York Law School (J.D., 2003).

3. I was admitted to practice law in the State of New York in 2004.

4. I am a member in good standing of the Bar of the State of New York.

5. I have not been convicted of any crime; nor have I been censored, disciplined, suspended or disbarred by any Court. No disciplinary action, contempt, or other proceeding involving me is pending before any court.

178935.1



EXHIBIT A

6   I am in good standing in the bar in which I am a member. I do not reside in the District of Columbia, I am not regularly employed in this district, and not regularly engaged in the practice of law in this district.

7.  I have not been admitted pro hac vice in the United States District Court for the District of Columbia within the last two years.

8.  I am not a member of the District of Columbia Bar nor do I have an application for membership pending

9.  I agree to comply with all procedural and professional rules of the United States District Court for the District of Columbia and to be subject to discipline by this Court.

_____

SUBSCRIBED AND SWORN TO before me on this _18_ day of _September_, 2006 by _David Group_.

_____
Notary Public

My Commission expires:

DAVID GROUP
Notary Public State of
New York
No. 02GR6071357
Qualified in Rockland County
Commission Expires March 18, ~~2006~~ 2010

2

204224.1



# Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify That **Virginia Marie DeLuca** was duly licensed and admitted to practice as an **Attorney and Counselor at Law** in all the courts of the State, according to the laws of the State and the court rules and orders, on the **27th** day of **October 2004** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counselor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on **September 12, 2005**



*James Edward Pelzer*
Clerk