IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROSPECT WATERPROOFING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06cv693-RJL |
| ) | |
| CLARK CONCRETE CONTRACTORS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

THIS MATTER comes before the Court upon a Motion for Admission of Foreign Counsel, *Pro Hac Vice,* and for good cause show, it is:

ORDERED that Virginia M. De Luca be and is permitted to appear and conduct this particular cause, *pro hac vice,* and to appear and participate in Court proceedings, in association with counsel of the Bar of this Court;

ENTERED this _____ day of _____, 2006

_____
Judge Richard Leon