IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case No.: 1:06CV00693 |
| | * Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * |
| | * |
| Defendant | * |

### CONSENT MOTION TO AMEND THE SCHEDULING ORDER

COMES NOW the Defendant, Clark Concrete Contractors, LLC, by and through its undersigned attorneys, and moves this Court to amend the Scheduling Order entered on or about June 27, 2006 to enlarge the time within which the parties may complete discovery and file dispositive motions.

As grounds therefore, the Defendant states that an enlargement of time is required since both parties wish to conduct additional fact witness depositions. Counsel for the Defendant has been authorized to state that the plaintiff consents to the Motion to Amend the Scheduling Order.

In further support of this Motion, the Court is referred to the attached Memorandum of Points and Authorities and proposed Scheduling Order both of which are incorporated herein and made a part of this Motion.

WHEREFORE, the Defendant, Clark Concrete Contractors, LLC prays that its Motion to Amend the Scheduling Order be granted.

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

Respectfully submitted,

FRIEDLANDER, MISLER, SLOAN,
KLETZKIN & OCHSMAN, PLLC

_____
Jeffrey W. Ochsman, Esq., #941849
Todd S. Sapiro, Esq., #438455
1101 17th Street, N.W., Suite 700
Washington, D.C. 20036
Phone: (202) 872-0800; Fax: (202) 857-8343
Attorneys for Defendant,
Clark Concrete Contractors, LLC

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Consent Motion to Amend the Scheduling Order was mailed, postage pre-paid, this 9th day of February, 2007 to:

Charles M. Allen, Esq.
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060

Charles Y. Sipe, Esq.
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, VA 22903

Robert A. Stern, Esq.
Virginia M. DeLuca, Esq.
Clausen Miller P.C.
One Chase Manhattan Plaza
New York, NY 10005

_____
Jeffrey W. Ochsman
Todd S. Sapiro

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

2