IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case No.: 1:06CV00693 |
| | * Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * |
| | * |
| Defendant | * |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO AMEND THE SCHEDULING ORDER

COMES NOW the Defendant, Clark Concrete Contractors, LLC, by and through undersigned counsel, and hereby files its Memorandum of Points and Authorities in Support of its Motion to Amend the Scheduling Order.

The parties have exchanged written discovery requests and responses in connection with the above-captioned case and have taken numerous fact witness and expert witness depositions. Both parties wish to take additional fact witness depositions, and additional expert witness depositions, and need an additional sixty (60) days in which to schedule and complete these depositions.

Counsel for the Defendant has been authorized to state that the plaintiff consents to the Motion to Amend the Scheduling Order.

The parties respectfully request that deadlines within which certain pre-trial matters be addressed be enlarged as follows:

| I. | **DEADLINES** | |
|---|---|---|
| | Discovery Concluded | April 15, 2007 |
| | Dispositive Motions | May 30, 2007 |
| | Responses to Dispositive Motions | June 20, 2007 |
| | Replies to Dispositive Motions | July 4, 2007 |

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

Good cause having been shown, the parties respectfully request that the Court amend its Scheduling Order as proposed in this Motion.

Respectfully submitted,
FRIEDLANDER, MISLER, SLOAN,
KLETZKIN & OCHSMAN, PLLC

_____
Jeffrey W. Ochsman, Esq., #941849
Todd S. Sapiro, Esq., #438455
1101 17th Street, N.W., Suite 700
Washington, D.C. 20036
Phone: (202) 872-0800; Fax: (202) 857-8343
Attorneys for Defendant,
Clark Concrete Contractors, LLC

**CERTIFICATE OF SERVICE**

I HEREBY certify that a copy of the foregoing Memorandum of Points and Authorities in Support of Consent Motion to Amend the Scheduling Order was mailed, postage pre-paid, this 9th day of February, 2007 to:

Charles M. Allen, Esq.
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060

Charles Y. Sipe, Esq.
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, VA 22903

Robert A. Stern, Esq.
Virginia M. DeLuca, Esq.
Clausen Miller P.C.
One Chase Manhattan Plaza
New York, NY 10005

_____
Jeffrey W. Ochsman
Todd S. Sapiro

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

2