IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ZURICH AMERICAN INSURANCE COMPANY   *

         * 

       Plaintiff                  *

         *

v.                            * Case No.:  1:06CV00693

         * Hon. Richard J. Leon

CLARK CONCRETE CONTRACTORS, LLC      *

         *

       Defendant              *

## ORDER

THIS MATTER having come before this Court on the Consent Motion to Amend the

Scheduling Order, the Court having reviewed the same and it appearing to the Court that there

is good cause therefore, it is this _____ day of _____, 2007;

ORDERED, for good cause that the Scheduling Order be changed as follows:

| I. | DEADLINES | |
|---|---|---|
| | Discovery Concluded | April 15, 2007 |
| | Dispositive Motions | May 30, 2007 |
| | Responses to Dispositive Motions | June 20, 2007 |
| | Replies to Dispositive Motions | July 4, 2007 |

In all other respects, the Scheduling Order entered herein by this Court on June 27,

2006 is not modified.

_____
Judge, United States District Court for
the District of Columbia

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC
_____
(202) 872-0800

cc:

Jeffrey W. Ochsman, Esq.
Todd S. Sapiro, Esq.
Friedlander, Misler, Sloan, Kletzkin &
   Ochsman, PLLC
1101 17th Street, N.W., Suite 700
Washington, D.C.  20036

Charles M. Allen, Esq.
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA  23060

Charles Y. Sipe, Esq.
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, VA  22903

Robert A. Stern, Esq.
Virginia M. DeLuca, Esq.
Clausen Miller P.C.
One Chase Manhattan Plaza
New York, NY  10005

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC
————
(202) 872-0800

2