## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ZURICH AMERICAN INSURANCE COMPANY    *

          Plaintiff                      *

                                        *

v.                                   *   Case No.:  1:06CV00693

                                     *   Hon. Richard J. Leon

CLARK CONCRETE CONTRACTORS, LLC     *

                                        *

          Defendant                    *

## DEFENDANT CLARK CONCRETE CONTRACTORS LLC'S
## MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant Clark Concrete Contractors LLC, by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 56, moves this Honorable Court for Summary Judgment in the above-captioned matter and, as reasons therefore, states as follows:

1.       There is no genuine dispute as to any material fact.

2.       Defendant can have no duty, under common law or contract, over an area that it did not control.

3.       The Defendant is entitled to Summary Judgment as a matter of law.

WHEREFORE, the Defendant Clark Concrete Contractors, prays its Motion for Summary Judgment in the above-captioned case be granted and Plaintiff's case be dismissed.

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

Respectfully submitted,

**FRIEDLANDER, MISLER, SLOAN, KLETZKIN &
OCHSMAN, PLLC**

By: _____
Jeffrey W. Ochsman, Esq., #941849
Todd Sapiro, Esq., #438455
1101 17th Street, NW
Suite 700
Washington, DC  20036-4704
(202) 872-0800
*Attorneys for Defendant Clark Concrete Contractors, LLC*

### Grounds and Authorities

1.    Federal Rule of Civil Procedure 56.

2.    Attached Memorandum of Points and Authorities in Support of Plaintiff's Motion for
Summary Judgment.

Jeffrey W. Ochsman, Esquire

### Request for Hearing

Clark Concrete Contractors, LLC respectfully requests a hearing on the foregoing motion.

Jeffrey W. Ochsman, Esquire

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing Motion for Summary Judgment was mailed, postage pre-paid, this _30_ th day of May, 2007 to:

Charles M. Allen, Esq.
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA  23060

Charles Y. Sipe, Esq.
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, VA  22903

Robert A. Stern, Esq.
Virginia M. DeLuca, Esq.
Clausen Miller P.C.
One Chase Manhattan Plaza
New York, NY  10005

Jeffrey W. Ochsman, Esquire

LAW OFFICES
FRIEDLANDER, MISLER,
SLOAN, KLETZKIN &
OCHSMAN, PLLC
1101 17th STREET, NW,
SUITE 700
WASHINGTON, DC

(202) 872-0800