Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

PROSPECT WATERPROOFING     ) CASE NO. 1:06-CV00693
COMPANY                    ) HON. RICHARD J. LEON
      Plaintiff          )
  vs.                     )
CLARK CONCRETE             )
CONTRACTORS, LLC           )
      Defendant          )

Deposition of John W. Neuenschwander

Washington, D.C.

November 14, 2006

Reported by: Bonnie L. Russo

JOB NO. 637344

Page 55

1  potential fall hazard on the penthouse deck?

2      A.    No.

3      Q.    There was never a time when you knew
4  that?

5      A.    That there was a fall hazard, no.

6      Q.    Yes.

7            Were you ever aware that there was a
8  fall hazard that had been covered on the
9  penthouse deck before the accident?

10     A.    No.

11     Q.    Had you been up on the penthouse
12 deck prior to April 21st, 2004?

13     A.    I can't recall if I was up there or
14 not.  I know I was on the roof which is one
15 level down.  But I can't recall if I was all
16 the way up to the penthouse.

17     Q.    Do you know approximately when in
18 relation to April 21st, 2004, that deck was
19 poured, the penthouse deck I mean?

20     A.    I would say -- if I'm guessing?

21     Q.    Yes.

Page 56

```
1    A.    It was a couple of weeks.
2    Q.    But you don't have any recollection
3  in those -- in that two-week period, assuming
4  that's the right amount of time of being up on
5  the penthouse deck; is that correct?
6    A.    I don't remember.  I could have
7  been.
8    Q.    Okay.  Is it also fair to say, then,
9  that as far as -- that you have no personal
10 knowledge about what, if any, cover was made
11 and placed on the penthouse roof opening that
12 Mr. Coc fell through prior to the accident?
13   A.    That actual one, no.  I know what
14 would -- what was supposed to be there.  There
15 should be a cover on the opening.
16   Q.    And what is your understanding of
17 what requirements, if any, there are with
18 regard to the cover?
19   A.    It should be marked and fastened.
20   Q.    I'm sorry?
21   A.    It should be marked and fastened.
```