IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | * |
| Plaintiff | * |
| v. | * Case No.: 1:06CV00693 |
| | * Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * |
| Defendant | * |

## AFFIDAVIT OF MATTHEW SHERWOOD

Matthew Sherwood, having first been duly sworn under oath, deposes and states as follows:

1) I am an adult citizen of the United States, residing in the Commonwealth of Virginia.

2) I am a general foreman for Clark Concrete Contractors, LLC and was the general foreman on the Quincy Park Condominium Project in the District of Columbia, where the Prospect Waterproofing employee was injured.

3) Approximately three (3) weeks before the Prospect Waterproofing employee was injured, Clark Concrete poured concrete on the penthouse deck.

4) Shortly after the concrete was poured on the penthouse deck, Jorge Guerrero, a Clark Concrete foreman, covered the hole with a piece of plywood.

5) The piece of plywood completely covered the hole where the Prospect Waterproofing employee was injured.

6) The word "hole" was sprayed in large letters with orange spray paint on top of the plywood. Jorge Guerrero used a Hilte gun to secure the plywood into the concrete with nails.

EXHIBIT 4

7) After the piece of plywood was secured into the concrete with nails on the penthouse deck, Clark Concrete performed no other work on the penthouse deck after that date, as Clark Concrete had work to perform in other parts of the project.

8) Clark Concrete's work on the penthouse deck was complete approximately three (3) weeks prior to the date the Prospect Waterproofing employee was injured.

*I solemnly swear and affirm under penalty of perjury that the information contained in the foregoing Affidavit is true and accurate to the best of my knowledge, information and belief.*

_____
Matthew Sherwood

STATE OF Maryland    )
                     ) ss:
COUNTY OF Anne Arundel )

Sworn to and subscribed before me this 30th day of May, 2007.

_____
Notary Public

July 1, 2009
My Commission Expires: