

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

1

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4    - - - - - - - - - - - - - - - - - X

 5    PROSPECT WATERPROOFING COMPANY,    :

 6                    Plaintiff,         :   Case No.

 7    v.                                 :   1:06CV00693

 8    CLARK CONCRETE CONTRACTORS, LLC,   :

 9                    Defendant.         :   Volume 1

10    - - - - - - - - - - - - - - - - X

11                        Washington, D.C.

12                        Thursday, September 21, 2006

13

14            Deposition of ERICK CHUB, a witness

15    herein, called for examination by counsel for

16    Defendant in the above-entitled matter, pursuant

17    to notice, taken at the offices of Friedlander,

18    Misler, Sloan, Kletzkin & Ochsman, 1101 17th

19    Street, N.W., Suite 700, Washington, D.C.,

20    beginning at 10:25 a.m., before Jana Mulhollan,

21    a Registered Professional Reporter and Notary

22    Public in and for the District of Columbia.
```

EXHIBIT

6

28e90d2a-4124-4

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

72

1    the same page.

2            The next day, the 21st, can you show

3    me where on the main deck you and your men were

4    working?

5        A.    We were here in this same area.

6        Q.    Okay.  Just make it number -- whatever

7    it is.

8        A.    And right here.  We worked here on

9    the 20th and on the 21st in the morning --

10   the 21st in the morning and the 20th all -- the

11   whole day.  We were working here.

12       Q.    I understand.  In the circle -- within

13   that circle?

14       A.    Yeah.

15       Q.    Now, on the 21st did you climb -- did

16   you say you climbed this ladder with Dwayne?

17       A.    No.  We didn't.

18       Q.    How did you get up to the penthouse?

19       A.    I mean, yes.  We -- we got up from

20   this ladder -- from this ladder.

21       Q.    Just put a line there, and write

22   ladder next to it, l-a-d-d-e-r.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

73

1       A.    (Complies.)

2       Q.    Okay.  Perfect.  So you and Dwayne

3   went up that ladder, correct?

4       A.    Yes.

5       Q.    What time of day was it when you went

6   up the ladder?

7       A.    It was maybe -- I don't know -- from

8   7:30 to 8:00.

9       Q.    Okay.  I'm just going to take this off

10  right now.

11          Now, when you got up on the deck --

12  the penthouse deck with Dwayne, what did you all

13  do?

14      A.    Okay.  The first thing he told me, we

15  need to seal these vents -- we need to seal

16  these vents.

17      Q.    How many vents were up there?

18      A.    Three, I think.

19      Q.    How big is the penthouse deck, do you

20  think, by meters or by --

21      A.    Like 20 by 30, something like that.

22      Q.    Twenty feet by thirty feet, not

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

74

1    meters?

2         A.    Not meters.

3         Q.    Twenty feet by thirty feet?

4         A.    More than that.  I'm not sure how big.

5         Q.    Did you walk on the penthouse deck

6    with Dwayne?

7         A.    No.  We just worked from the ladder

8    when we get up to the roof, and then we just

9    went through to where the area -- to the area

10   where he needs to be.

11        Q.    Was there anybody else on the

12   penthouse deck when you got there?

13        A.    No.

14        Q.    Did anybody join you on the penthouse

15   deck when you were up there?

16        A.    No.

17        Q.    So it was just you and Dwayne on the

18   penthouse deck?

19        A.    Yes.

20              (Telephone interruption.)

21   BY MR. OCHSMAN:

22        Q.    Did you and Dwayne -- it was just you

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

75

1    and Dwayne on the penthouse deck?

2         A.    Yes.

3         Q.    Did you and Dwayne walk over to where

4    the vents or the curbs were?

5         A.    Yes.

6         Q.    I'm going to show you, again, Exhibit

7    No. 1.

8              Are these the vents -- these silver

9    things, is this what you're calling the curbs?

10        A.    Yes.  This, all of this.  That one.

11   This one, this one, this one.

12        Q.    Okay.  When you walked over there, was

13   that hole that you see in Exhibit 1 -- was it

14   open, or was it covered?

15        A.    It was covered.

16        Q.    Okay.  And what was it covered with?

17        A.    With this piece of a plywood.

18        Q.    With a piece of plywood?

19        A.    A piece a plywood.

20        Q.    How many pieces of plywood?

21        A.    Two pieces.

22        Q.    How do you know it was two pieces?

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

76

1      A.    Because when we went up on this level

2   because we were -- we went up on this ladder.

3      Q.    You went up on a ladder?

4      A.    There is another little roof.  I mean,

5   you just make a step like this, about four or

6   five feet high, but it's the same roof.  You

7   just make a step.  And we needed a ladder to get

8   up and so we went around here and we went up

9   there.

10     Q.    So you walked by the vent or the curb

11  that shows in Exhibit No. 1 here.

12           And did you walk to the inside of it

13  or around it?

14     A.    Around it, here.

15     Q.    So you walked to the right of it?

16     A.    Left.  This side.

17     Q.    Which direction were you coming from?

18     A.    From here.

19     Q.    So the curb that shows most

20  prominently in Exhibit 1, the one that's black,

21  you walked and it was on your left side?

22     A.    Yes.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

77

1       Q.    Did you see the plywood covering the

2    hole?

3       A.    Yes.

4       Q.    You said that there were two pieces of

5    plywood --

6       A.    Yes.

7       Q.    -- that were covering the hole?

8       A.    Yes.

9       Q.    How were they covering the hole?

10      A.    They just laid out on top.

11      Q.    They were laid out on top?

12      A.    Yeah.

13      Q.    One on top of the other?

14      A.    No.   It was like this.

15      Q.    They were two that abutted each other?

16      A.    Yeah.   Together.

17      Q.    So you're suggesting that if you took

18   your two hands and put them in front of you and

19   moved them together, each of them representing a

20   piece of plywood, the two pieces would come

21   together towards the middle of the hole?

22      A.    I don't recall.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

76

1      A.    Because when we went up on this level

2   because we were -- we went up on this ladder.

3      Q.    You went up on a ladder?

4      A.    There is another little roof.  I mean,

5   you just make a step like this, about four or

6   five feet high, but it's the same roof.  You

7   just make a step.  And we needed a ladder to get

8   up and so we went around here and we went up

9   there.

10     Q.    So you walked by the vent or the curb

11  that shows in Exhibit No. 1 here.

12           And did you walk to the inside of it

13  or around it?

14     A.    Around it, here.

15     Q.    So you walked to the right of it?

16     A.    Left.  This side.

17     Q.    Which direction were you coming from?

18     A.    From here.

19     Q.    So the curb that shows most

20  prominently in Exhibit 1, the one that's black,

21  you walked and it was on your left side?

22     A.    Yes.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

78

```
 1        Q.   How do you know, then, there were two
 2   pieces of plywood?
 3        A.   Because when we passed right here, I
 4   didn't realize at that moment that there was two
 5   pieces.
 6        Q.   Okay.  When did you realize there were
 7   two pieces?
 8        A.   Okay.  We went to this area over
 9   here --
10        Q.   When you're saying this area over
11   here, you're talking about you went up the
12   ladder that in Exhibit No. 1 is immediately
13   below the blue sticker that says Exhibit 1,
14   correct?
15        A.   Yes.
16        Q.   Okay.  So when you went to that
17   ladder -- you were going to tell us how you knew
18   there were two pieces of plywood.
19        A.   Okay.  I went here.
20        Q.   You went up the ladder?
21        A.   Up the ladder, yes.  We were with
22   Wayne.
```

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

79

1          Q.    Okay.   And when you went up the

2    ladder, you went to a little higher level?

3          A.    Yes.

4          Q.    Okay.   And so you were with Dwayne.

5          A.    He showed me two more curbs like this

6    one.

7          Q.    Where were they?

8          A.    On the part that's a little bit higher

9    after we went up the ladder.

10         Q.    Okay.

11         A.    Okay.   When we went down, I asked him

12   about that -- about that hole.

13         Q.    What did you say to Dwayne?

14         A.    I asked him what was this hole.   And

15   he told me it was to put a roof hatch.   And then

16   I asked him if he knew where it was or if it was

17   going to be placed.   So we stood right here.

18         Q.    Okay.   When you say right here, you're

19   talking at an area on the picture that would be

20   just below this black conical thing in the

21   middle?

22         A.    Yes.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

80

1        Q.    Okay.  And what did you do when you

2     were standing just below this circular thing

3     that seems to be attached to some kind of a

4     hose?

5        A.    Okay.  The same thing that we were

6     talking about, the roof hatch, that belongs

7     here.  And he told me he didn't know, and he

8     called somebody.  He might have called his boss.

9     I don't know.

10       Q.    And did you get any type of answer

11    when he called somebody?

12       A.    Yes.  He told me that it hadn't been

13    ordered and that it couldn't be sealed or

14    anything.

15       Q.    Okay.

16       A.    And so when we arrived there and we

17    talked about this, that's when I thought there

18    were two pieces of wood there.

19       Q.    When you say you thought there were

20    two pieces of wood -- I'm going to ask you

21    specifically:  Do you know or do you not know

22    for certain that there were two pieces of wood

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

81

1    there?

2          A.    Yes.    Two pieces of wood.

3          Q.    And how is it that you know that there

4    were two pieces of wood?

5          A.    Because we saw them there.    We didn't

6    move them.    We only saw them.    It's just like

7    right here.

8          Q.    Okay.    How were they positioned as to

9    one another when you saw them when you were

10   standing there with Dwayne?

11         A.    One was bigger than the other.

12         Q.    Okay.

13         A.    I think the other one was -- went a

14   little bit further -- went over a little bit

15   more because it was a little bit longer.    And

16   the other one was shorter and more narrow.

17         Q.    Did either of the boards cover the

18   hole entirely?

19              MR. ALLEN:    I'm going to object to

20   foundation.

21              Go ahead.

22              THE WITNESS:    Between the two of them,

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

82

1    they did.  But one by itself, no.

2    BY MR. OCHSMAN:

3        Q.   How were the boards -- show me with

4    your hands how the boards were situated to each

5    other.

6        A.   One was a little bit on top of the

7    other one.

8        Q.   So if we were to take your hands and

9    describe this, you took your right hand and your

10   left hand, you brought them together and you put

11   your right hand -- that is, the index finger on

12   your right hand slightly above the index finger

13   on your left hand.  Is that correct?

14       A.   Yes.

15           MR. OCHSMAN:  Everybody agrees?

16           MR. ALLEN:  They overlap.

17   BY MR. OCHSMAN:

18       Q.   How much did they overlap?

19       A.   Less than an inch.

20       Q.   Was there anything written on any of

21   the boards that you saw covering the hole?

22       A.   No.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

83

1      Q.    Was there any markings or paint or

2    anything else on the board --

3      A.    No.

4      Q.    -- boards?

5      A.    No.

6      Q.    What, if anything, did you say to

7    Dwayne about the boards?

8      A.    I didn't really say anything, I mean,

9    definite.

10      Q.    Did you say anything about safety

11    issues or fears of a fall hazard?

12      A.    Yes.   When I asked him about the box,

13    that he needed to place it.

14      Q.    When you say yes, did you ask him --

15    did you tell him that you thought this was a

16    fall or safety hazard?

17      A.    I didn't probably say it directly, but

18    he understood what I was referring to because I

19    told him it's better than -- to put this box in

20    here.   So he said, yes, okay, and that's when he

21    made the call to find out.

22      Q.    So did you recognize it as a safety or

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

84

1    fall hazard when you saw it?

2        A.    The truth, yes.

3        Q.    And that was the morning of the 21st

4    when you were on the penthouse deck with Dwayne,

5    correct?

6        A.    Yes.

7        Q.    When you looked at this area, did you

8    notice whether or not the boards were nailed to

9    the concrete?

10        A.    I did not inspect the boards

11    specifically -- I did not specifically look --

12    look specifically to see whether they were

13    nailed or not.  I did see some nails on top of

14    the boards.

15        Q.    Did you know what was beneath the

16    boards?

17        A.    Yes.  There was a hole.

18        Q.    And do you know what the hole was for?

19        A.    I didn't know until I asked Wayne.

20        Q.    And what did you learn?

21        A.    That it was for the roof hatch.

22              (Chub Exhibit No. 3 was marked for

28e90d2a-4124-4433-a48d-940a0f09c3b1

85

1    identification.)

2         MR. OCHSMAN:  Once again, I'm going to

3    put this in the upper left-hand corner because I

4    don't think that has anything to do with any of

5    the questions that we're about to ask.

6    BY MR. OCHSMAN:

7         Q.   Now, before I show it to you, how long

8    did you stand with Dwayne in the spot you showed

9    us in Exhibit No. 1 about a foot or so from the

10   boards?

11        A.   Maybe like a minute or less.

12        Q.   What did you do after Dwayne made the

13   phone call?

14        A.   We got off the roof.  We went down.

15        Q.   Did you have any more conversations on

16   the way from that spot when you went down?

17        A.   No.  No.

18        Q.   What did you do when you came down

19   from the penthouse?

20        A.   I only remember, you know, just

21   basically telling Dwayne, okay, I'll do it --

22   what he told me to do.

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

86

1      Q.   Did you talk to your office or any

2  bosses after Dwayne asked you to do this work on

3  the penthouse deck?

4      A.   I don't recall.  I don't know.

5      Q.   Did you not have to get permission

6  from your bosses to do this work?

7      A.   No.  No.  Because usually this is

8  typical of a roof job.

9      Q.   So this was part of the general work

10  that you were supposed, as you understood it, to

11  do while you were there?

12      A.   Yes.

13      Q.   Now, just to make sure, I'm going to

14  show you what's been marked as Chub Exhibit

15  No. 3 for identification.

16      The large board that you see in the

17  picture that goes from basically the bottom of

18  the silvery -- what you call curb on the left to

19  extend to about midway on the blackened curb or

20  waterproof curb on your right, correct?

21      A.   Yes.

22      Q.   This board here, is this the board

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

87

1    that was covering the hole when you were up

2    there with Dwayne?

3              MR. ALLEN:  Objection.  Foundation.

4              THE WITNESS:  I don't know.  I don't

5    think that was the one.  I don't know.

6    BY MR. OCHSMAN:

7         Q.   You don't think this is the one?

8         A.   No.

9         Q.   Okay.  Why don't you think that is the

10   one?

11        A.   Because the board that was here only

12   went over like about six inches over here.

13        Q.   Okay.  You're pointing to an area --

14   you say that it goes six -- the board that you

15   saw was -- went from left to right covered the

16   hole about six inches on each side?

17        A.   One of the boards, yes.  Yes.

18        Q.   One board?

19        A.   Yes.

20        Q.   So are you suggesting that one board

21   covered the hole from left to right about six

22   inches on each side of the hole looking left to

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

88

1    right?   Is that correct?

2         A.    Yes.   One of the boards, yes.

3         Q.    And where was the other board then?

4         A.    On the side of that board.

5         Q.    Okay.   When you say the side of that

6    board, what do you mean the side?   Can you point

7    to me where -- what side.

8         A.    I don't really recall exactly.   I just

9    remember that there was two boards, one was

10   longer and one was shorter.

11        Q.    But you say that the board that is

12   shown as taking up about three quarters of the

13   length of the picture in Exhibit No. 3 is not

14   the board?

15        A.    Yes.   It's not the board.

16        Q.    It's not the board, okay.

17              And how do you know that's not the

18   board?

19        A.    Because if it was this board, it would

20   have been -- it would have run into the point of

21   the edge of those right there, and it would be

22   all of the way over to the temporary ladder,

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

89

1    which is over here.  And when we went up the

2    ladder, from about this point to all of the way

3    over here, there was just cement, there was no

4    wood.

5         Q.    Now, are you speculating that because

6    of looking at this picture, or do you actually

7    know that this is not the board?

8              MR. ALLEN:  Let me object to the form

9    of the question.

10             Go ahead.

11             THE WITNESS:  I'm saying this because

12   I know that this is not the board, not just

13   because I'm seeing the picture.

14   BY MR. OCHSMAN:

15        Q.    I see.  Okay.  What did the board --

16   what did the two boards that were covering the

17   hole look like that you saw?

18        A.    One was more narrow than the other.

19        Q.    And how long was it?

20        A.    About four feet maybe.

21        Q.    Four feet long?

22        A.    Yes, long.

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

90

1      Q.    How wide was it?

2      A.    Maybe about 24 inches.

3      Q.    Two feet?

4      A.    Yes.

5      Q.    Okay.  And how about the other board?

6      A.    The other one was shorter.

7      Q.    About how long then?

8      A.    Maybe about six inches shorter than

9  the other one.

10      Q.    About 18 inches?  Oh, I'm sorry.

11  About three feet and a half?

12      A.    About.

13      Q.    Okay.  And how wide was it?

14      A.    About one foot.

15      Q.    About one foot.  Which of the boards

16  was -- if you were -- well, let's do this.  Was

17  the narrow board in front -- well, in front

18  doesn't mean anything now.

19            All right.  Let's go back to Exhibit

20  No. 1.

21      A.    (Complies.)

22      Q.    Okay.  In Exhibit No. 1 you see the

28e90d2a-4124-4433-a48d-940a0f09c3b1

Detenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

91

```
 1    ladder on the left side under the blue tab,

 2    right?

 3         A.    Uh-huh.

 4         Q.    Yes?

 5         A.    Yes.

 6         Q.    Was the narrow board going across the

 7    hole near the wall that the ladder goes up, or

 8    was it in front closer to the curb that is

 9    black?

10         A.    I don't recall.  I don't know.  I

11    don't recall.

12         Q.    You don't know which board was where?

13         A.    Yes.  I don't recall.

14         Q.    Okay.  Do you remember which of the

15    two boards was overlapping the other one; that

16    is, did the narrow board overlap the wider board

17    or vice versa?

18         A.    I don't recall.  I don't recall which

19    one of the two.

20              MR. OCHSMAN:  Do you guys want to take

21    a break for a minute?

22              MR. ALLEN:  Sure.  That's fine.
```

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

92

1              (Recess.)

2    BY MR. OCHSMAN:

3        Q.    Now, Mr. Chub, when you went back down

4    the ladder, did you talk to anyone from your

5    office about anything?

6        A.    No.

7        Q.    Whom did you speak to?

8        A.    Speak about what?

9        Q.    Did you talk to your crew when you

10   came down the ladder about the work that was to

11   be done on the penthouse deck?

12       A.    Yes.  I spoke with Henry Mes.

13       Q.    And what did you tell Henry?

14       A.    I told him finish up what you're doing

15   there.  It was going to take him something like

16   ten minutes.  So I told him -- there are some

17   curbs like those on the roof right up here, I

18   told him.

19       Q.    You mean on the penthouse deck?

20       A.    Yes.

21       Q.    And these are the curbs that are

22   shown -- some of which are shown in Exhibits 1

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

93

1    and 3?

2         A.    Yeah.    Those -- this one and --

3         Q.    Okay.    When you say this one, you're

4    talking about the one in Exhibit 1 that's

5    somewhat blackened and then there's one toward

6    the bottom right-hand side of the page and then

7    one towards the bottom left-hand side, correct?

8         A.    Yes.

9         Q.    The same thing in Exhibit No. 3, you

10   can see four curbs or stacks, whatever you want

11   to call them, correct?

12        A.    Yeah.

13        Q.    Okay.    Now, so when you talked to

14   Henry Mes -- and Mes is M-e-s, I take it?

15        A.    M-e-s.

16        Q.    -- you told him to -- what did you

17   tell him about the penthouse?

18        A.    I told him he needed to go up and put

19   the base primer on on the metal curbs -- they're

20   metal -- because we're going to detail them --

21   around them.

22        Q.    And what, if anything, did Henry --

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

94

1    was Henry supposed to do with them?

2         A.   Put the primer -- and then we needed

3    to let them dry -- and then start detailing

4    them.

5         Q.   Did Henry, indeed, go up to the

6    penthouse?

7         A.   Yes.

8         Q.   And did he, indeed, prime the curbs --

9         A.   Yes.

10        Q.   -- or these stacks that you see in the

11   picture?

12        A.   Not all of them but maybe something

13   like two or three.  I'm not sure.  Not all of

14   them.  I think he ran out of primer, and he went

15   down.  But I was with the rest of the group

16   downstairs.

17             So when he went down, he told me like

18   two or three of them had been primed.  And so I

19   told him, that's fine, let it dry and then we'll

20   go up and finish them.

21        Q.   I'm sorry.  Go ahead.

22        A.   But there was still more work to be

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

95

1    done down below.  So I told Henry and the rest

2    of them to continue doing what we were still

3    doing -- you know, the same thing, continue

4    detailing these boxes.

5            And so my brother Melvin, he went up

6    and started working on the edge of this roof.

7        Q.    On the penthouse roof?

8        A.    Underneath -- on the perimeter.

9        Q.    On the bottom --

10       A.    Yes.

11       Q.    -- part of the deck?

12       A.    On the bottom, yeah, on the deck.

13       Q.    Part of the penthouse deck?

14       A.    Yes.

15       Q.    Now, when you said --

16       A.    No, not part of the penthouse deck.

17   The bottom deck of the main roof.

18       Q.    Of the main roof?

19       A.    Yeah.  But on the base where those

20   walls begin.

21           And then I told Henry, okay, you stay

22   here, you help Henry down here -- I mean, help

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

96

1    Melvin, my brother.   And Henry and Melvin, they

2    continued to detail the wall, and Mario, the

3    older guy, he was detailing the other vent.

4         Q.    This is on the main deck now?

5         A.    On the main deck.   And all of this was

6    primed already.

7              And then I told Gregorio, Mr. Coc, me

8    and you got to go up on the penthouse roof,

9    there's some curbs that's ready to detail.   And

10   he said, okay, okay, let's go up there, we're

11   going to need -- bring everything, tools,

12   materials, everything.

13             And both -- we bring all of the

14   materials.   We bring the -- all of the -- the

15   torch, the pan -- I mean, the propane --

16        Q.    The propane?

17        A.    -- yeah -- and materials.   Okay.

18   And --

19        Q.    What time was this?

20        A.    It was like 8:30, something like that.

21   I don't remember.

22        Q.    How long did Henry Mes spend on the

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

97

1    penthouse deck priming?

2          A.    About 15 minutes, 15 or 20 minutes.

3          Q.    When he went up to the penthouse deck,

4    was he the only one who went up from your crew?

5          A.    Yes, he was.

6          Q.    Did anyone else go up that you're

7    aware of?

8          A.    No.

9          Q.    Did you tell Henry about the plywood

10   covering the hole?

11         A.    No.  No.  I don't remember.  I'm not

12   going to say yes or no because I don't remember.

13         Q.    Did Henry tell you anything about the

14   plywood covering the hole?

15         A.    No.

16         Q.    Did he mention it at all when he came

17   back down?

18         A.    No.

19         Q.    Did you go to the roof while Henry was

20   up there?

21         A.    Yeah.  But not at the moment when he

22   came back because I wait on the primer to set

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

98

1    up.

2          Q.    Were you and Henry on the penthouse

3    deck at the same time?

4          A.    Yes.   Yes.   But not for long.   Just

5    for a little while.

6                I went up on the roof and I stand

7    right on the edge of the -- of the -- where the

8    ladder -- where the ladder was and I told him

9    that one and that one and that one and I showed

10   him.

11         Q.    You showed him the various vents that

12   needed to be primed?

13         A.    Yes.   That's all what I did, and I

14   came down the ladder.

15         Q.    I'm sorry.   You were standing near the

16   ladder that was near the plywood covering the

17   hole --

18         A.    No.

19         Q.    Well, which ladder are you talking

20   about?

21         A.    The other temporary ladder, it was

22   from the penthouse roof to the main roof -- from

28e90d2a-4124-4433-a48d-940a0f09c3b1