Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854



```
                                                                    1

 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - - - - - - X

 5   PROSPECT WATERPROOFING COMPANY,    :

 6               Plaintiff,             :   Case No.

 7   v.                                 :   1:06CV00693

 8   CLARK CONCRETE CONTRACTORS, LLC,   :

 9               Defendant.             :   Volume 1

10   - - - - - - - - - - - - - - - - - X

11                       Washington, D.C.

12                       Thursday, September 21, 2006

13

14         Deposition of MICHAEL TEAGUE, a witness

15   herein, called for examination by counsel for

16   Defendant in the above-entitled matter, pursuant

17   to notice, taken at the offices of Friedlander,

18   Misler, Sloan, Kletzkin & Ochsman, 1101 17th

19   Street, N.W., Suite 700, Washington, D.C.,

20   beginning at 3:00 p.m., before Jana Mulhollan, a

21   Registered Professional Reporter and Notary

22   Public in and for the District of Columbia.
```

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

12

1   in which they were doing this?  Was there
2   anything other than the vents there that caught
3   your eye?
4        A.   Well, there are -- there was a hole in
5   the floor that was covered with a sheet of
6   plywood that was right next to where he was
7   working.  And on -- over to his left there was a
8   ladder going up onto the -- another roof that
9   goes over the top of elevator shaft, there was a
10  ladder coming down there.  And then just his
11  material and his gas bottle and everything he
12  had sitting up around there.
13       Q.   And you say there was a piece of
14  plywood covering a hole.  How did you know that?
15       A.   Well, it said hole.  Hole was painted
16  across it in fluorescent orange paint.
17       Q.   From how high above the deck -- the
18  penthouse deck would you say you were?
19       A.   About 50 feet.  It sticks up about
20  50 feet above the deck.
21       Q.   And where was the plywood in
22  relationship to the vents on which you saw these

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

13

1    men working?
2         A.   Well, on the one that he was working
3    on at the time, the plywood ran right up to the
4    corner of it there.
5         Q.   From your perch could you see the word
6    hole written in orange fluorescent paint?
7         A.   Yes.
8         Q.   You could actually read it?
9         A.   I could read it.
10        Q.   Did there come a time that there was
11   only one man working on the roof?
12        A.   Yes.  The man that was up there with
13   him left and went down the ladder, and he was up
14   on the roof by himself.
15        Q.   Because I know this is going to come
16   up, how is it that you're just sitting still
17   doing nothing watching these guys work?
18        A.   Well, like I say, the job was
19   finishing up, and I really wasn't busy at all.
20   I was just watching people doing stuff just
21   for curiosity to see how they did their jobs.
22        Q.   All right.  So there came a time that