IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case No.: 1:06CV00693 |
| | * Hon. Richard J. Leon |
| CLARK CONCRETE CONTRACTORS, LLC | * |
| | * |
| Defendant | * |

## ORDER

Upon consideration of the Defendant's Motion for Summary Judgment, any opposition thereto, and because there is no genuine dispute as to any material fact and Defendant is entitled to, as a matter of law, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED,** that the Motion shall be, and the same hereby is **GRANTED;** and it is further

**ORDERED,** that all claims against Defendant be, and the same hereby are **DISMISSED WITH PREJUDICE.**

_____
Judge Richard J. Leon

Copies to:

Jeffrey W. Ochsman, Esq.
Todd Sapiro, Esq.
Friedlander, Misler, Sloan,
Kletzkin & Ochsman, PLLC
1101 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20036-4704
*Counsel for Defendant*

Charles M. Allen, Esq.
Goodman, Allen & Filetti, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, VA 23060
*Counsel for Plaintiff*

Charles Y. Sipe, Esq.
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, VA 22903
*Counsel for Plaintiff*

Robert A. Stern, Esq.
Virginia M. DeLuca, Esq.
Clausen Miller P.C.
One Chase Manhattan Plaza
New York, NY 10005
*Counsel for Plaintiff*