IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CLARK CONCRETE CONTRACTORS, LLC,  )<br>)<br>Defendant.  )<br>) | Case No. 1:06cv693-RJL |

## PLAINTIFF'S CONSENTED MOTION FOR EXTENSION OF TIME

COMES NOW the plaintiff, Zurich American Insurance Company ("Zurich"), by counsel, and with the consent of the defendant, and moves the Court for an extension of time until June 25, 2007 to file an opposition to Defendant's Motion for Summary Judgment and to extend the time for Defendant Clark Concrete Contractors, LLC ("Clark") to reply to said opposition until July 19, 2007.   In support thereof plaintiff states:

    1.    This action was commenced on April 17, 2006.  Plaintiff seeks damages for amounts paid upon a worker's compensation claim made by an insured and arising out of injuries to the insured's employee at a construction job site.  The Complaint alleges that negligence by Defendant Clark caused the injuries.

    2.    Defendant filed its Motion for Summary Judgment on May 30, 2007.

    3.    Pursuant to LCvR 7, plaintiff's opposition is due on June 11, 2007.

    5.    Undersigned counsel for the plaintiff has a pre-scheduled family vacation extending from June 6, 2007 until June 12, 2007 which includes travel out of the United States.

Accordingly, plaintiff requests that the time for filing an opposition be extended until June 25, 2007.

      6.    Counsel for plaintiff has conferred with Todd Sapiro, Esquire, counsel for the defendant, who does not oppose this motion but requests that the defendant's reply date be similarly extended until July 19, 2007.

    WHEREFORE, plaintiff respectfully moves the Court for an order allowing plaintiff to file an opposition to Defendant's Motion for Summary Judgment on or before June 25, 2007 and that defendant be permitted to file its reply, if any, on or before July 19, 2007.

Dated: June 4, 2007

                                              Respectfully submitted,
                                              By Counsel

                                              /s/ Charles M. Allen

                                              _____

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:    (804) 346-0600
Facsimile:    (804) 346-5954

OF COUNSEL:

Charles Y. Sipe, Esquire (not admitted in D.C.)
Goodman, Allen & Filetti, PLLC
1020 Ednam Center, Suite 200
Charlottesville, Virginia 22903
Telephone:    (434) 817-2180
Facsimile:     (434) 817-2199
Counsel for Plaintiff

CLAUSEN MILLER P.C.
Virginia M. De Luca, Esquire (admitted *pro haec vice*)
One Chase Manhattan Plaza
New York, New York 10005
Telephone:     (212) 805-3900
Facsimile:     (212) 805-3939