IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:06cv693-RJL ) |
| CLARK CONCRETE CONTRACTORS, LLC, | ) ) |
| Defendant. | ) ) ) |

**ORDER**

This matter comes before the Court on Plaintiff's (Consented) Motion for Extension of Time. Upon consideration of the facts presented, it is this _____ day of _____, 2007 hereby

**ORDERED** that Plaintiff's motion is **GRANTED**, and it is further

**ORDERED** that Plaintiff is granted an extension until June 25, 2007, to file an Opposition to Defendant's Motion for Summary Judgment and that Defendant is granted an extension until July 19, 2007, to file a reply, if necessary, to such opposition.

**SO ORDERED**.

_____
Richard J. Leon
United States District Judge