## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) CLARK CONCRETE CONTRACTORS, LLC, ) ) Defendant. ) ) | Case No. 1:06cv693-RJL |

---

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

---

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:   (804)346-0600
Facsimile:   (804) 346-5954

CLAUSEN MILLER P.C.
Robert A. Stern, Esq. (not admitted in D.C.)
Virginia M. Markovich (admitted pro hac vice in D.C.)
One Chase Manhattan Plaza
New York, New York 10005
Telephone:   (212) 805-3900
Facsimile:   (212) 805-3939

221762.1

- 2 -

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Plaintiff asserts that the following facts – for which Defendant asserts there is no genuine dispute – are disputed. The numbering provided herein corresponds to the paragraphs of Defendant's Statement of Material Facts Not In Dispute.

4.      Approximately three weeks before the incident which forms the basis of this action, CCC poured concrete on the penthouse deck.

**Plaintiff's Response:** Plaintiff disputes this assertion. Defendant CCC poured the concrete on the penthouse deck a matter of days, maybe a week or less before April 21, 2004. *See* C*arreiro Deposition, 38, attached hereto as Exhibit "1"*.

5.      After pouring the concrete deck, Jorge Guerrero, a foreman for CCC, placed a piece of plywood over an opening on the penthouse deck. Mr. Guerrero secured the plywood with nails, into the concrete deck using a Hilti gun.

**Plaintiff's Response:** Plaintiff disputes this assertion. Defendant CCC did not place a piece of plywood over an opening on the penthouse deck and secure the plywood with nails, into the concrete deck. In fact, there were two pieces of plywood, loosely laid, one was bigger than the other, and they abutted each other. *See Chub Deposition, 77, 81, Exhibit "3"*; and *Andy Pearcy Deposition, Prospects Safety Officer, 55, 66, 67, Exhibit "4"*. Additionally, the pieces of plywood were not fastened. *See Chub Deposition, 77, 81, Exhibit "3"*; *Carreiro Deposition, 68-69, Exhibit "1"; and Neunschwander Deposition, 89, Exhibit "2"*.

6.      In addition, the plywood was marked "hole" in orange paint.

- 2 -

221762.1

- 3 -

**Plaintiff's Response:** Plaintiff disputes this assertion. In fact, nothing was written on any of the pieces of plywood, no markings or paint. *See Chub Deposition, 82, Exhibit "3"; Carreiro Deposition, 69, Exhibit "1"; and Neunschwander Deposition, 89, Exhibit "2"*.

Dated:      June 21, 2007

                                           Respectfully submitted,
                                           By Counsel

                                           /s/Virginia M. Markovich

                                           /s/Charles M. Allen

CLAUSEN MILLER P.C.
Virginia M. Markovich (admitted *pro hac vice* by Minute Order dated Sept. 29, 2006, under her maiden name "Virginia M. De Luca")
Robert A. Stern, Esq. (not admitted in D.C.)
One Chase Manhattan Plaza
New York, New York 10005
Telephone:    (212) 805-3900
Facsimile:    (212) 805-3939


Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:    (804)346-0600
Facsimile:    (804) 346-5954

221762.1