Page 1

1

2        IN THE UNITED STATES DISTRICT COURT

3           FOR THE DISTRICT OF COLUMBIA

4  PROSPECT WATERPROOFING    ) CASE NO. 1:06-CV00693

5  COMPANY                   ) HON. RICHARD J. LEON

6        Plaintiff           )

7  vs.                       )

8  CLARK CONCRETE            )   ORIGINAL

9  CONTRACTORS, LLC          )

10       Defendant           )

11

12

13     Deposition of John W. Neuenschwander

14              Washington, D.C.

15              November 14, 2006

16

17

18

19

20  Reported by:  Bonnie L. Russo

21  JOB NO. 637344

EXHIBIT 2

John Neuenschwander

Page 60

1 Clark Concrete, correct?

2    A.    Correct.

3    Q.    As each floor is poured, the forms
4 underneath have to be stripped away; is that
5 correct?

6    A.    That is correct.

7    Q.    Okay.  When the forms are stripped
8 away under the deck that's when the opening
9 becomes a hazard; is that correct?

10   A.    That is correct.

11   Q.    And at that point, Clark Concrete
12 Contractors had the responsibility of covering
13 those holes so that they would not be a fall
14 hazard, correct, sir?

15   A.    That is correct.

16   Q.    Okay.  So in the normal course of
17 things, Clark Concrete Contractors had the
18 responsibility of covering the opening at the
19 penthouse level when or shortly after they
20 stripped the form away from pouring that deck;
21 is that correct?

John Neuenschwander

Page 89

```
 1    A.    It wasn't marked.  You're right.
 2    Q.    Also in the photograph are two
 3 additional holes, correct, sir?
 4    A.    That is correct.
 5    Q.    And they're uncovered?
 6    A.    That is correct.
 7    Q.    And those holes appear to be holes
 8 with the dimension of greater than two inches,
 9 are they not?
10    A.    That is correct.
11          (Deposition Exhibit No. 3 was marked
12 for identification.)
13          BY MR. ALLEN:
14    Q.    Do you recognize what I have marked
15 as Exhibit No. 3, Mr. Neuenschwander?
16    A.    Yes.
17    Q.    What is that?
18    A.    That is looking down at the hole.
19 It's covered with the piece of plywood that is
20 marked hole.
21    Q.    In the center of the photograph
```

Page 5

1           P R O C E E D I N G S

2 JOHN W. NEUENSCHWANDER,

3 was called for examination by counsel and,

4 after having been duly sworn by the Notary, was

5 examined and testified as follows:

6       EXAMINATION BY COUNSEL FOR PLAINTIFF

7          BY MR. ALLEN:

8    Q.    Mr. Neuenschwander, my name is Chuck
9 Allen and I'm with the law firm Goodman, Allen
10 & Filetti in Richmond, Virginia and I represent
11 Prospect Waterproofing Company in a litigation
12 that's been brought by Prospect against Clark
13 Concrete Contractors, LLC.

14          And my purpose in being here is just
15 to get your truthful testimony with regard to
16 the facts and circumstances that surround that
17 litigation and an accident that occurred on or
18 about April 21st, 2004.

19          Would you state you full name for
20 the record, sir.

21    A.    John Willis Neuenschwander.

Page 17

1 don't remember who actually wrote it.

2    Q.    When did you last review that?

3    A.    That would have been back with the
4 accident.

5    Q.    With the accident.

6        Did you read any depositions, that
7 is, the deposition of either Mr. Teague or Mr.
8 Chubb?

9    A.    No.

10    Q.    Have you been given any information
11 about what they said in their testimony?

12    A.    Maybe very little. A few sentences.
13 That's about it.

14    Q.    Who is your present employer, sir?

15    A.    Clark Construction.

16    Q.    And is Clark Construction different
17 from the defendant in this case which is named
18 Clark Concrete Contractors, LLC?

19    A.    Yes.

20    Q.    Okay. If you know, what is the
21 relationship between Clark Construction and

Page 18

1 Clark Concrete Contractors, LLC?

2    A.    On our job they would have been a
3 subcontractor to us.  I don't know the whole
4 logistics of how it works at Clark.  But they
5 are a part of Clark.

6    Q.    They're a part of Clark.  They're
7 affiliated in some area?

8    A.    Affiliated with Clark Construction,
9 yes.

10   Q.    Let me do that again so we get a
11 clean record.  To the best of your knowledge,
12 Clark Concrete Contractors, LLC is affiliated
13 in some official and collective way with Clark
14 Construction, LLC; is that correct?

15   A.    I'm not a hundred percent sure, no.
16 I don't know how it works legally.

17   Q.    Okay.

18   A.    So no, I do not know.

19   Q.    In any event, you receive your
20 paycheck from Clark Construction; is that
21 correct?

John Neuenschwander

Page 19

```
1    A.    That is correct.
2    Q.    Was that also true in April of 2004?
3    A.    That is also true.
4    Q.    What is your present position with
5  Clark Construction?
6    A.    I am a senior superintendent.
7    Q.    Senior superintendent.
8          And were you a senior superintendent
9  in April of 2004?
10   A.    No, I was superintendent.
11   Q.    So since that time you've received a
12 promotion?
13   A.    Yes.
14   Q.    Have your job responsibilities
15 changed in a material way since 2004?
16   A.    No, not really.
17   Q.    Essentially performing the same
18 function you have a different title; is that
19 correct?
20   A.    That is correct.
21   Q.    What is -- what was, first of all,
```