Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - X

PROSPECT WATERPROOFING COMPANY,    :

             Plaintiff,      :    Case No.

v.                         :    1:06CV00693

CLARK CONCRETE CONTRACTORS, LLC,    :

             Defendant.    :    Volume 1

- - - - - - - - - - - - - - - X

Washington, D.C.

Thursday, September 21, 2006

Deposition of ERICK CHUB, a witness

herein, called for examination by counsel for

Defendant in the above-entitled matter, pursuant

to notice, taken at the offices of Friedlander,

Misler, Sloan, Kletzkin & Ochsman, 1101 17th

Street, N.W., Suite 700, Washington, D.C.,

beginning at 10:25 a.m., before Jana Mulhollan,

a Registered Professional Reporter and Notary

Public in and for the District of Columbia.

EXHIBIT

3

(202) 265-3035
Fax (202) 265-0240

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 39

1    A.    He didn't explain to me how he knew.

2    He didn't tell me.

3    Q.    How did you know what to do when you

4    got to the top deck on the 20th?

5    A.    Because I asked him.

6    Q.    How do you know that the people taking

7    down the wall forms or stripping the walls were

8    Clark employees?

9    A.    They used a hard hat that said Clark

10    on it.

11    Q.    Do you know if they were from Clark

12    Concrete or Clark Construction?

13    A.    I think they might have been concrete,

14    I think.

15    Q.    What makes you think they were

16    concrete -- Clark Concrete?

17    A.    Because I knew some of them.  I didn't

18    know their name or anything, but I had seen them

19    on the jobsite before, you know, from the

20    beginning of the project.

21    Q.    And how did you know that they worked

22    for Clark Concrete as opposed to Clark

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 40

1    Construction?

2         A.    When you're on the jobsite, if you

3    need something -- if you need some help with

4    something and you see one of the employees there

5    from one of the other contractors who's there,

6    you can speak to them.

7         Q.    So I'll ask you the same question:

8    How did you know they were with Clark Concrete

9    or with Clark Construction?

10        A.    Because I've spoken with some of them

11   as well as with some other construction company.

12   Because they have a group in charge that only

13   does the concrete and others do like the iron or

14   the steel, others are in charge of carpentry,

15   others are in charge of like cleanup or

16   something like that.

17        Q.    Okay.  So you don't know if they

18   were -- you know the difference -- are you

19   suggesting that you know who the Clark

20   carpenters are versus who the Clark concrete

21   people are versus who the Clark steel men are or

22   plumbers?

(202) 265-3035
Fax (202) 265-0240

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 77

```
 1        Q.    Did you see the plywood covering the

 2   hole?

 3        A.    Yes.

 4        Q.    You said that there were two pieces of

 5   plywood --

 6        A.    Yes.

 7        Q.    -- that were covering the hole?

 8        A.    Yes.

 9        Q.    How were they covering the hole?

10        A.    They just laid out on top.

11        Q.    They were laid out on top?

12        A.    Yeah.

13        Q.    One on top of the other?

14        A.    No.   It was like this.

15        Q.    They were two that abutted each other?

16        A.    Yeah.  Together.

17        Q.    So you're suggesting that if you took

18   your two hands and put them in front of you and

19   moved them together, each of them representing a

20   piece of plywood, the two pieces would come

21   together towards the middle of the hole?

22        A.    I don't recall.
```

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 81

1    there?

2        A.    Yes.    Two pieces of wood.

3        Q.    And how is it that you know that there

4    were two pieces of wood?

5        A.    Because we saw them there.    We didn't

6    move them.    We only saw them.    It's just like

7    right here.

8        Q.    Okay.    How were they positioned as to

9    one another when you saw them when you were

10   standing there with Dwayne?

11       A.    One was bigger than the other.

12       Q.    Okay.

13       A.    I think the other one was -- went a

14   little bit further -- went over a little bit

15   more because it was a little bit longer.    And

16   the other one was shorter and more narrow.

17       Q.    Did either of the boards cover the

18   hole entirely?

19            MR. ALLEN:    I'm going to object to

20   foundation.

21            Go ahead.

22            THE WITNESS:    Between the two of them,

(202) 265-3035
Fax (202) 265-0240

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 82

1    they did.  But one by itself, no.

2    BY MR. OCHSMAN:

3        Q.    How were the boards -- show me with

4    your hands how the boards were situated to each

5    other.

6        A.    One was a little bit on top of the

7    other one.

8        Q.    So if we were to take your hands and

9    describe this, you took your right hand and your

10   left hand, you brought them together and you put

11   your right hand -- that is, the index finger on

12   your right hand slightly above the index finger

13   on your left hand.  Is that correct?

14       A.    Yes.

15            MR. OCHSMAN:  Everybody agrees?

16            MR. ALLEN:  They overlap.

17   BY MR. OCHSMAN:

18       Q.    How much did they overlap?

19       A.    Less than an inch.

20       Q.    Was there anything written on any of

21   the boards that you saw covering the hole?

22       A.    No.

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 5

1                    P R O C E E D I N G S

2                                        (10:25 a.m.)

3    Whereupon,

4                    ELIZABETH EATON,

5    interpreter of the Spanish language, was sworn

6    to truthfully and accurately translate to the

7    best of their ability the questions as

8    propounded by counsel and the answers as given

9    by the witness.

10   Whereupon,

11                    ERICK CHUB,

12   a witness, was called for examination by counsel

13   for Defendant and, having been duly sworn, was

14   examined and testified as follows:

15        EXAMINATION BY COUNSEL FOR DEFENDANT

16   BY MR. OCHSMAN:

17        Q.    Would you please state your full name.

18        A.    Erick Chub.

19        Q.    Would you please spell it.

20        A.    E-r-i-c-k.    C-h-u-b.

21        Q.    One B?

22        A.    Yes.    Just one B.

(202) 265-3035
Fax (202) 265-0240

28e90d2a-4124-4433-a48d-940a0f09c3b1

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 10

1    A.    About six months.

2    Q.    For 18 months then with Beta you were

3  a waterproofer laborer?

4    A.    I was a mechanic.

5    Q.    And when you went to work in about

6  2002 for Prospect, what position were you hired

7  for?

8    A.    I apply for a foreman, and they give

9  me the position.

10    Q.    You were a foreman.  And what were

11  your duties as a foreman for Prospect when you

12  were hired in 2002?  What did you do?

13    A.    Lead the group.  And work also.

14    Q.    And how big was your group?

15    A.    Five people.

16    Q.    What was your job on April 21st, 2004

17  with Prospect?

18    A.    We were doing a new construction.

19    Q.    What was your job?  What was your

20  position?  Still a foreman?

21    A.    A foreman also.

22    Q.    Are you still with Prospect?

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

Page 37

1       Q.      How did you all get to the roof?

2       A.      Up the stairs.

3       Q.      How many flights up was it?

4       A.      I think it's something like ten or

5   eleven floors.

6       Q.      Did you all go to the top floor -- the

7   top deck?

8       A.      Yes, we all went.

9       Q.      Was there anybody on that deck when

10  you got there?

11      A.      Yes.  There was people from Clark

12  working there.

13      Q.      What kind of work were they doing?

14      A.      Some of them were building walls.

15  Some of them were taking -- some of them were

16  taking down the forms or the molds they used to

17  build the walls, stripping the walls.  So when

18  we got up to the main roof, my boss told me what

19  we needed to do over the phone.

20      Q.      And who was your boss?

21      A.      His name is Eldon Augustine,

22  A-u-g-u-s-t-i-n-e.

28e90d2a-4124-4433-a48d-940a0f09c3b1