

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------- x
PROSPECT WATERPROOFING COMPANY, :
                                :
          Plaintiff,            :
                                :
     v.                         :   Case Number
                                :
CLARK CONCRETE CONTRACTORS,     :   1:06CV00693
INC.,                           :
                                :
          Defendant.            :
------------------------------- x
```

December 4, 2006
Washington, D.C.

DEPOSITION OF:

ANDREW B. PEARCY

called for oral examination by counsel for the Defendant, in the law offices of Friedlander, Misler, Sloan, Kletzkin & Ochsman, 1101 17th Street, N.W., Suite 700, Washington, D.C. 20036, beginning at 10:03 a.m. on Monday, December 4, 2006, before Russell L. Page, Jr., Court Reporter and Notary Public, when were present:

EXHIBIT 4

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

3

1      P R O C E E D I N G S

2  Thereupon,

3             ANDREW B. PEARCY

4  having been first duly sworn by the Notary

5  Public, was examined upon his oath and testified

6  as follows:

7       EXAMINATION ON BEHALF OF THE DEFENDANT

8  BY MR. OCHSMAN:

9       Q.   Would you please state your full name?

10      A.   My full name is Andrew Brian Pearcy.

11      Q.   Spell the last name, please.

12      A.   P-E-A-R-C-Y.

13      Q.   Where do you reside?

14      A.   I reside at 206 East High Street,

15  Shepherdstown, West Virginia.

16      Q.   How old are you?

17      A.   43 years old.

18      Q.   Date of birth?

19      A.   11/01/1963.

20      Q.   How far did you go in school?

21      A.   I have a Bachelor's degree.

22      Q.   A Bachelor's in what?

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

15

1      Q.    Do you remember what year you took the
2   OSHA 30?
3      A.    I would have to verify, but '04.
4      Q.    What year did you take the
5   hundred-hour course?
6      A.    Also I have to verify, but it was
7   essentially right after, so '04 or in '05.
8      Q.    The incident that we're talking about
9   involving Mr. Coc was April 21, I think it was,
10  '04. Were you the safety officer for Prospect
11  at the time?
12     A.    Yes, I was.
13     Q.    Had you completed the OSHA 30 by the
14  time of this incident?
15     A.    Yes, I had.
16     Q.    Had you completed the hundred-hour
17  safety course by then?
18     A.    I do not recall.
19     Q.    When you became safety officer, how is
20  it that you applied for that job? Had you had
21  any experience in safety prior to January '04?
22     A.    I had not.

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

55

1   Q.   Tell me about that communication.
2   A.   That the conditions at the site were
3   they were working at a level that had -- that was
4   the first day that our crew had worked at this
5   level of the project.  We were doing detail work
6   on a penthouse area, detail meaning curbs that
7   are set that need to be waterproofed onto the
8   deck itself.
9        There was a hole where a roof hatch
10  was intended to be set that had two pieces of
11  plywood loosely laid over it.  Gregorio stepped
12  back.  He was working on a curb, apparently he
13  stepped backward to adjust himself, I don't know
14  at the moment, and then he fell through that hole
15  that had the loose-laid plywood on it.
16  Q.   What information did they obtain that
17  led them to communicate to you, A, that there
18  were two pieces of plywood laid over a hole?
19  A.   They interviewed Erick Chub, the
20  foreman, and the other crew members.
21  Q.   When did Mr. Chub reportedly see the
22  two pieces of plywood covering the hole?

(202) 265-3035
Fax (202) 265-0240

08ea9500-60e7-4a14-b55d-d69cf04a5bc3

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

66

1    Q.   To your knowledge, had Mr. Chub been
2 on that penthouse deck before April 21, '04?
3    A.   To my knowledge, no, he had not.
4    Q.   When you had the opportunity post
5 accident to speak with Mr. Erick Chub, what did
6 he tell you in particular about the hatch, if
7 anything?
8    A.   He described to me how the hatch was
9 covered.
10   Q.   And could you describe for us how you
11 understood it to be covered?
12   A.   How I understood it to be covered was
13 a hole was being covered by two loosely laid
14 pieces of plywood abutting one another.
15   Q.   Can you draw for us what you're
16 talking about?  When you say abutting, were they
17 abutting each other over the hole?
18   A.   That's the way I understood it, yes,
19 sir.
20   Q.   Try to draw it for us.  Did he draw it
21 for you, by the way?
22   A.   No, sir.

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

67

1    Q.   Did anybody ever draw it for you?

2    A.   That actual condition of the hatch, of
3  the plywood?

4    Q.   Yes, that they saw or appreciated.

5    A.   Nobody ever drew it for me, no, sir.

6    Q.   Was it described in detail for you?

7    A.   One piece of plywood was smaller than
8  the other one, and they were abutted together.

9    Q.   Would you tell us what your
10 understanding of it was?

11   A.   My understanding was you have a roof
12 hatch essentially roughly three by three, and two
13 pieces of plywood, one smaller than the other,
14 were covering the hatch abutting one another.

15   Q.   You have drawn the smaller piece as
16 not even extending to the --

17   A.   You're right.  May I redraw that?

18   Q.   Please, yes.  I want to know what your
19 understanding was.  If you don't mind, I would
20 like you to just put a big X through diagram
21 number 1 since we're not using that one, correct?

22   A.   Correct.

(202) 265-3035
Fax (202) 265-0240

08ea9500-60e7-4a14-b55d-d69cf04a5bc3