**1926.502(e)(10)**

Body belts, harnesses, and components shall be used only for employee protection (as part of a personal fall arrest system or positioning device system) and not to hoist materials.

**1926.502(f)**

"Warning line systems." Warning line systems [See 1926.501(b)(10)] and their use shall comply with the following provisions:

**1926.502(f)(1)**

The warning line shall be erected around all sides of the roof work area.

*..1926.502(f)(1)(i)*

**1926.502(f)(1)(i)**

When mechanical equipment is not being used, the warning line shall be erected not less than 6 feet (1.8 m) from the roof edge.

**1926.502(f)(1)(ii)**

When mechanical equipment is being used, the warning line shall be erected not less than 6 feet (1.8 m) from the roof edge which is parallel to the direction of mechanical equipment operation, and not less than 10 feet (3.1 m) from the roof edge which is perpendicular to the direction of mechanical equipment operation.

**1926.502(f)(1)(iii)**

Points of access, materials handling areas, storage areas, and hoisting areas shall be connected to the work area by an access path formed by two warning lines.

**1926.502(f)(1)(iv)**

When the path to a point of access is not in use, a rope, wire, chain, or other barricade, equivalent in strength and height to the warning line, shall be placed across the path at the point where the path intersects the warning line erected around the work area, or the path shall be offset such that a person cannot walk directly into the work area.

**1926.502(f)(2)**

Warning lines shall consist of ropes, wires, or chains, and supporting stanchions erected as follows:

**1926.502(f)(2)(i)**

The rope, wire, or chain shall be flagged at not more than 6-foot (1.8 m) intervals with high-visibility material;

*..1926.502(f)(2)(ii)*

**1926.502(f)(2)(ii)**

The rope, wire, or chain shall be rigged and supported in such a way that its lowest point (including sag) is no less than 34 inches (.9 m) from the walking/working surface and its highest point is no more than 39 inches (1.0 m) from the walking/working surface;

**1926.502(f)(2)(iii)**

After being erected, with the rope, wire, or chain attached, stanchions shall be capable of resisting, without tipping over, a force of at least 16 pounds (71 N) applied horizontally against the stanchion, 30 inches (.8 m) above the walking/working surface, perpendicular to the warning line, and in the direction of the floor, roof, or platform edge;

**1926.502(f)(2)(iv)**

The rope, wire, or chain shall have a minimum tensile strength of 500 pounds (2.22 kN), and after being attached to the stanchions, shall be capable of supporting, without breaking, the loads applied to the stanchions as prescribed in paragraph (f)(2)(iii) of this section; and

**1926.502(f)(2)(v)**

The line shall be attached at each stanchion in such a way that pulling on one section of the line between stanchions will not result in slack being taken up in adjacent sections before the stanchion tips over.

**1926.502(f)(3)**

No employee shall be allowed in the area between a roof edge and a warning line unless the employee is performing roofing work in that area.

*..1926.502(f)(4)*

**1926.502(f)(4)**

Mechanical equipment on roofs shall be used or stored only in areas where employees are protected by a warning line system, guardrail system, or personal fall arrest system.

**1926.502(g)**

"Controlled access zones." Controlled access zones [See 1926.501(b)(9) and 1926.502(k)] and their use shall conform to the following provisions.

**1926.502(g)(1)**

When used to control access to areas where leading edge and other operations are taking place the controlled access zone shall be defined by a control line or by any other means that restricts access.

**1926.502(g)(1)(i)**

When control lines are used, they shall be erected not less than 6 feet (1.8 m) nor more than 25 feet (7.7 m) from the unprotected or leading edge, except when erecting precast concrete members.

**1926.502(g)(1)(ii)**

When erecting precast concrete members, the control line shall be erected not less than 6 feet (1.8 m) nor more than 60 feet (18 m) or half the length of the member being erected, whichever is less, from the leading edge.

**1926.502(g)(1)(iii)**

The control line shall extend along the entire length of the unprotected or leading edge and shall be approximately parallel to the unprotected or leading edge.

*..1926.502(g)(1)(iv)*

**1926.502(g)(1)(iv)**

The control line shall be connected on each side to a guardrail system or wall.

**1926.502(g)(2)**

When used to control access to areas where overhand bricklaying and related work are taking place:

**1926.502(g)(2)(i)**

The controlled access zone shall be defined by a control line erected not less than 10 feet (3.1 m) nor more than 15 feet (4.5 m) from the working edge.

**1926.502(g)(2)(ii)**

The control line shall extend for a distance sufficient for the controlled access zone to enclose all employees performing overhand bricklaying and related work at the working edge and shall be approximately parallel to the working edge.

**1926.502(g)(2)(iii)**

Additional control lines shall be erected at each end to enclose the controlled access zone.

**1926.502(g)(2)(iv)**

Only employees engaged in overhand bricklaying or related work shall be permitted in the controlled access zone.

**1926.502(g)(3)**

Control lines shall consist of ropes, wires, tapes, or equivalent materials, and supporting stanchions as follows:

**1926.502(g)(3)(i)**

Each line shall be flagged or otherwise clearly marked at not more than 6-foot (1.8 m) intervals with high-visibility material.

..*1926.502(g)(3)(ii)*

**1926.502(g)(3)(ii)**

Each line shall be rigged and supported in such a way that its lowest point (including sag) is not less than 39 inches (1 m) from the walking/working surface and its highest point is not more than 45 inches (1.3 m) [50 inches (1.3 m) when overhand bricklaying operations are being performed] from the walking/working surface.

**1926.502(g)(3)(iii)**

Each line shall have a minimum breaking strength of 200 pounds (.88 kN).

**1926.502(g)(4)**

On floors and roofs where guardrail systems are not in place prior to the beginning of overhand bricklaying operations, controlled access zones shall be enlarged, as necessary, to enclose all points of access, material handling areas, and storage areas.

**1926.502(g)(5)**

On floors and roofs where guardrail systems are in place, but need to be removed to allow overhand bricklaying work or leading edge work to take place, only that portion of the guardrail necessary to accomplish that day's work shall be removed.

**1926.502(h)**

"Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions:

**1926.502(h)(1)**

The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements:

**1926.502(h)(1)(i)**

The safety monitor shall be competent to recognize fall hazards;

..*1926.502(h)(1)(ii)*

**1926.502(h)(1)(ii)**

The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner;

**1926.502(h)(1)(iii)**

The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored;

**1926.502(h)(1)(iv)**

The safety monitor shall be close enough to communicate orally with the employee; and

**1926.502(h)(1)(v)**

The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.

**1926.502(h)(2)**

Mechanical equipment shall not be used or stored in areas where safety monitoring systems are being used to monitor employees engaged in roofing operations on low-slope roofs.

**1926.502(h)(3)**

No employee, other than an employee engaged in roofing work [on low-sloped roofs] or an employee covered by a fall protection plan, shall be allowed in an area where an employee is being protected by a safety monitoring system.

**1926.502(h)(4)**

Each employee working in a controlled access zone shall be directed to comply promptly with fall hazard warnings from safety monitors.

*..1926.502(i)*



**1926.502(i)**

"Covers." Covers for holes in floors, roofs, and other walking/working surfaces shall meet the following requirements:

**1926.502(i)(1)**

Covers located in roadways and vehicular aisles shall be capable of supporting, without failure, at least twice the maximum axle load of the largest vehicle expected to cross over the cover.

**1926.502(i)(2)**

All other covers shall be capable of supporting, without failure, at least twice the weight of employees, equipment, and materials that may be imposed on the cover at any one time.

**1926.502(i)(3)**

All covers shall be secured when installed so as to prevent accidental displacement by the wind, equipment, or employees.

**1926.502(i)(4)**

All covers shall be color coded or they shall be marked with the word "HOLE" or "COVER" to provide warning of the hazard.

Note: This provision does not apply to cast iron manhole covers or steel grates used on streets or roadways.

**1926.502(j)**

"Protection from falling objects." Falling object protection shall comply with the following provisions:

**1926.502(j)(1)**

Toeboards, when used as falling object protection, shall be erected along the edge of the overhead walking/working surface for a distance sufficient to protect employees below.

*..1926.502(j)(2)*

**1926.502(j)(2)**

Toeboards shall be capable of withstanding, without failure, a force of at least 50 pounds (222 N) applied in any downward or outward direction at any point along the toeboard.

**1926.502(j)(3)**

Toeboards shall be a minimum of 3 1/2 inches (9 cm) in vertical height from their top edge to the level of the walking/working surface. They shall have not more than 1/4 inch (0.6 cm) clearance above the walking/working surface. They shall be solid or have openings not over 1 inch (2.5 cm) in greatest dimension.

**1926.502(j)(4)**

Where tools, equipment, or materials are piled higher than the top edge of a toeboard, paneling or screening shall be erected from the walking/working surface or toeboard to the top of a guardrail system's top rail or midrail, for a distance sufficient to protect employees below.

**1926.502(j)(5)**

Guardrail systems, when used as falling object protection, shall have all openings small

enough to prevent passage of potential falling objects.

**1926.502(j)(6)**

During the performance of overhand bricklaying and related work:

**1926.502(j)(6)(i)**

No materials or equipment except masonry and mortar shall be stored within 4 feet (1.2 m) of the working edge.

*..1926.502(j)(6)(ii)*

**1926.502(j)(6)(ii)**

Excess mortar, broken or scattered masonry units, and all other materials and debris shall be kept clear from the work area by removal at regular intervals.

**1926.502(j)(7)**

During the performance of roofing work:

**1926.502(j)(7)(i)**

Materials and equipment shall not be stored within 6 feet (1.8 m) of a roof edge unless guardrails are erected at the edge.

**1926.502(j)(7)(ii)**

Materials which are piled, grouped, or stacked near a roof edge shall be stable and self-supporting.

**1926.502(j)(8)**

Canopies, when used as falling object protection, shall be strong enough to prevent collapse and to prevent penetration by any objects which may fall onto the canopy.

**1926.502(k)**

"Fall protection plan." This option is available only to employees engaged in leading edge work, precast concrete erection work, or residential construction work (See 1926.501(b)(2), (b)(12), and (b)(13)) who can demonstrate that it is infeasible or it creates a greater hazard to use conventional fall protection equipment. The fall protection plan must conform to the following provisions.

**1926.502(k)(1)**

The fall protection plan shall be prepared by a qualified person and developed specifically for the site where the leading edge work, precast concrete work, or residential construction work is being performed and the plan must be maintained up to date.

..*1926.502(k)(2)*

**1926.502(k)(2)**

Any changes to the fall protection plan shall be approved by a qualified person.

**1926.502(k)(3)**

A copy of the fall protection plan with all approved changes shall be maintained at the job site.

**1926.502(k)(4)**

The implementation of the fall protection plan shall be under the supervision of a competent person.

**1926.502(k)(5)**

The fall protection plan shall document the reasons why the use of conventional fall protection systems (guardrail systems, personal fall arrest systems, or safety nets systems) are infeasible or why their use would create a greater hazard.

**1926.502(k)(6)**

The fall protection plan shall include a written discussion of other measures that will be taken to reduce or eliminate the fall hazard for workers who cannot be provided with protection from the conventional fall protection systems. For example, the employer shall discuss the extent to which scaffolds, ladders, or vehicle mounted work platforms can be used to provide a safer working surface and thereby reduce the hazard of falling.

**1926.502(k)(7)**

The fall protection plan shall identify each location where conventional fall protection methods cannot be used. These locations shall then be classified as controlled access zones and the employer must comply with the criteria in paragraph (g) of this section.

..*1926.502(k)(8)*

**1926.502(k)(8)**

Where no other alternative measure has been implemented, the employer shall implement a safety monitoring system in conformance with 1926.502(h).

**1926.502(k)(9)**

The fall protection plan must include a statement which provides the name or other method of identification for each employee who is designated to work in controlled access zones. No other employees may enter controlled access zones.

**1926.502(k)(10)**

In the event an employee falls, or some other related, serious incident occurs, (e.g., a near miss) the employer shall investigate the circumstances of the fall or other incident to determine if the fall protection plan needs to be changed (e.g. new practices, procedures, or training) and shall implement those changes to prevent similar types of falls or incidents.

[44 FR 8577, Feb. 9, 1979; 44 FR 20940, Apr. 6, 1979, as amended at 45 FR 75626, Nov. 14, 1980; 55 FR 47687, Nov. 14, 1990; 59 FR 40733, Aug. 9, 1994; 60 FR 5131, Jan. 26, 1995]

Next Standard (1926.503)

Regulations (Standards - 29 CFR) - Table of Contents

Back to Top            www.osha.gov

Contact Us | Freedom of Information Act | Customer Survey
Privacy and Security Statement | Disclaimers

Occupational Safety & Health Administration
200 Constitution Avenue, NW
Washington, DC 20210