**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:06cv693-RJL ) |
| CLARK CONCRETE CONTRACTORS, LLC, | ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment.

Upon consideration of the facts presented, it is this _____ day of _____, 2007 hereby

    **ORDERED** that Defendant's motion is **DENIED.**

**SO ORDERED**.

 

_____
Richard J. Leon
United States District Judge