Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

179

1  an obligation under OSHA to protect its employees
2  from fall or fall risk, they failed in so doing
3  in this case; isn't that correct?
4       A.   It's true to the extent that you
5  phrased the question, but the reason why there's
6  safety is because people don't observe these
7  things, and that's why you have a different tier
8  of contractor, who has built the whole building
9  to start with, that has the overriding
10 responsibility under the multi-employee work site
11 rule to take care of all other employers'
12 employees, and you know about that.
13      Q.   So you're suggesting that Clark
14 Concrete was in charge of the whole building?
15      A.   They are in charge of that part of the
16 building if not all parts, too, relating to the
17 concrete work.  That's their job.
18      Q.   But you would agree --
19      A.   They're responsible for openings in
20 the building.
21      Q.   And you would agree, would you not,
22 within a reasonable degree of certainty within

Derenberger & Page Reporting, Inc
1430 "S" Street, N.W. Washington, DC 20009-3854

180

1   your field of expertise that Prospect
2   Waterproofing was partially at fault for the
3   injury sustained by Mr. Coc in failing to provide
4   him with warnings, instructions, training,
5   appropriate hazard prevention gear?  We'll stop
6   there for now.  Wouldn't you agree with that?
7        A.   In principle, yes, but in practice I
8   do not agree with your assumption that that makes
9   them equal to Clark.
10       Q.   I'm not even going to ask you about
11  equal.
12       A.   Not even more than.  I'm saying
13  there's no responsibility --
14       Q.   How would you divide it up?
15       A.   I wouldn't.  Chub himself says he
16  assumed the board was firmly attached down.  If
17  it was so firmly attached down, where are the
18  tools that Mr. Coc was provided to lift that
19  board to pull the nails out?  He had no such
20  tools, to my knowledge.
21       Q.   You don't know what he had, do you?
22       A.   We don't know whether he had