IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06cv693-RJL |
| CLARK CONCRETE CONTRACTORS, LLC, | ) ) | |
| Defendant. | ) ) | |

**CONSENTED MOTION TO CONTINUE THE DATE FOR MEDIATION AND
TO ADJOURN THE STATUS CONFERENCE**

COMES NOW Plaintiff Zurich American Insurance Company ("Zurich"), by counsel and with the consent of the defendant Clark Concrete Contractors, LLC ("Clark") and moves this Court for entry of an Order continuing the date for the parties to attend a mediation until September 19, 2008 and to adjourn the status conference set for August 14, 2008. In support of this motion, Plaintiff states as follows:

1. At a status conference on April 2, 2008, the parties requested reference to a mediation. By a minute order of April 11, 2008, the Court referred the matter for mediation to be completed in 90 days.

2. The parties worked diligently to obtain a mediation date convenient for the parties and the mediator, but were unable to schedule the mediation earlier than August 20, 2008.

3.     Zurich American has now informed its counsel that, due to certain recent corporate re-structuring, it will not be able to meaningfully participate in a mediation on August 20 and the date needs to be continued for a period not longer than 21 days.

4.     Both the mediator and Defendant Clark consent to the continuance of the mediation date.

WHEREFORE, for the foregoing reasons Plaintiff moves this Court for entry of an Order continuing the date for the mediation until September 19, 2008 and adjourning the status conference set for August 14, 2008.

Dated:  August 12, 2008

          Respectfully submitted,
          By Counsel


/s/ Charles M. Allen

_____

Charles M. Allen, Esquire (VSB No. 30183) (U.S. Dist. Ct. Bar No. (D.D.C.) MI0004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Telephone:     (804) 346-0600
Facsimile:     (804) 346-5954

Of counsel:

CLAUSEN MILLER P.C.
Robert A. Stern, Esq. (not admitted on D.C.)
Virginia M. De Luca (not admitted in D.C.) (admitted *pro haec vice*)
One Chase Manhattan Plaza
New York, New York 10005
Telephone:     (212) 805-3900
Facsimile:     (212) 805-3939