IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:06cv693-RJL |
| CLARK CONCRETE CONTRACTORS, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter comes before the Court on Plaintiff's Consent Motion to Continue the Date for Mediation and to Adjourn the Status Conference.

Upon consideration of the facts presented, it is this _____ day of _____, 2008, hereby

**ORDERED** that Plaintiff's motion is **GRANTED.** The matter is referred to mediation to be completed on or before September 19, 2008. The status conference of August 14, 2008 is adjourned.

**SO ORDERED**.

_____
Richard J. Leon
United States District Judge